HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAVIER VIDRIO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>  vs.<br><br>JAVIER VIDRIO,<br><br>  *Defendant.* | Case No. 1:25-cr-00066-KES<br><br>**SEALING ORDER**<br><br><br><br>JUDGE:  Kirk E. Sheriff |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Attachment B to JAVIER VIDRIO's Sentencing Memorandum in this case shall be filed ***under seal*** until further order of the court as it contains sensitive and confidential health information.

IT IS SO ORDERED.

Dated:   June 25, 2025

_____
UNITED STATES DISTRICT JUDGE